IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PEGGY S. BLUMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-1888 |
| | ) | |
| THE WASHINGTON TROTTING | ) | |
| ASSOCIATION, INC., | ) | |
| Defendant. | ) | |

**HEARING ON** Telephonic Status Conference

Before Judge Nora Barry Fischer

| | |
|---|---|
| Joshua Smith, Esq. | Melissa Evans, Esq. |
| Appeared for Plaintiff | Appeared for Defendant |
| | |
| Hearing begun    5/23/14 at 3:00 P.M. | Hearing adjourned to N/A |
| Hearing concluded  5/23/14 at 3:30 P.M. | Stenographer N/A |
| | Clerk: T.Li |

A telephonic status conference was held in the above-captioned matter, with counsel representing all parties in attendance.  Neither party requested the presence of a Court reporter.

Counsel for the Plaintiff advised the Court that he was no longer representing Plaintiff in this case, and the Court informed counsel that he would need to file a motion to withdraw.  Under Local Rule 83.2.C.4 of this Court, the motion "must specify the reasons requiring withdrawal and provide the name and address of the succeeding attorney. If the succeeding attorney is not known, the motion must set forth the name, address, and telephone number of the client and either bear the client's signature approving withdrawal or state specifically why, after due diligence, the attorney was unable to obtain the client's signature." Counsel for Plaintiff indicated that he would be able to file his motion to withdraw by May 30, 2014.

An appropriate Order will follow.