IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PEGGY S. BLUMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-1888 |
| | ) | |
| WASHINGTON TROTTING | ) | |
| ASSOCIATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**SHOW CAUSE ORDER**

AND NOW, this 4th day of June, 2014, this Court hereby orders that a rule is issued upon Joshua Smith, Esquire, counsel for Plaintiff, to show good cause by no later than **June 18, 2014**, why the above captioned matter should not be dismissed because of his failure to respond to the Defendant's Motion to Dismiss for Lack of Prosecution and Failure to Comply with Federal Rules and Court Orders (Document No. [46]), in compliance with the provisions of this Court's Order on Motions Practice (Document No. [12]) as well as said counsel's failure to comply with the Court's Order dated May 23, 2014 (Document No. [51]) which indicated, in part, that said counsel file his Motion to Withdraw by no later than May 30, 2014.

                                                                            s/Nora Barry Fischer
                                                                             United States District Judge

cc/ecf:  Counsel of Record