IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PEGGY S. BLUMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-1888 |
| | ) | |
| WASHINGTON TROTTING | ) | |
| ASSOCIATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### SHOW CAUSE ORDER

AND NOW, this 23rd day of June, 2014, upon consideration of Plaintiff's counsel, Joshua Smith, Esquire, having failed to respond to the Court's June 4, 2014 Show Cause Order (Docket No. [52]), which directed him to show cause by **June 18, 2014** why this case should not be dismissed for failure to respond to Defendant's Motion to Dismiss for Lack of Prosecution and Failure to Comply with Federal Rules and Court Orders (Document No. [46]), in compliance with the provisions of this Court's Order on Motions Practice (Document No. [12]) as well as said counsel's failure to comply with the Court's Order dated May 23, 2014 (Document No. [51]) which indicated, in part, that said counsel file his Motion to Withdraw by no later than May 30, 2014,

IT IS HEREBY ORDERED that Plaintiff's Counsel, Joshua Smith, Esquire and Plaintiff Peggy S. Blumer shall appear, in person, for a Status Conference on **Tuesday, July 1, 2014 at 2:00 p.m.** in Courtroom 5B, Fifth Floor, United States Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania, 15219.

IT IS FURTHER ORDERED that failure to adhere to this Court's Orders and to attend the Status Conference, will result in sanctions, such as dismissal for failure to prosecute.

                                        s/Nora Barry Fischer
                                        Nora Barry Fischer
                                        United States District Judge

cc/ecf:  Counsel of Record

Joshua Smith, Esquire by email to: joshsmith2020@gmail.com

Peggy Blumer
3520 Washington Pike, Apt. 1005
Bridgeville, PA 15017
(regular and certified mail)