IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PEGGY S. BLUMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-1888 |
| | ) | |
| THE WASHINGTON TROTTING | ) | |
| ASSOCIATION, INC., | ) | |
| Defendant. | ) | |

**HEARING ON** <u>Status Conference</u>

Before Judge Nora Barry Fischer

<u>Sean Logue, Esq.</u>            <u>Melissa Evans, Esq.</u>
Appeared for Plaintiff         Appeared for Defendant

Hearing begun    <u>7/1/14 at 2:05 P.M.</u>      Hearing adjourned to <u>N/A</u>
Hearing concluded   <u>7/1/14 at 2:35 P.M.</u>    Stenographer <u>Julie Kienzle</u>
                                                                           Clerk: <u>B. Kravetz</u>

<u>A status conference was held in regard to the Court's Show Cause Orders (Docket No. [52]) and (Docket No. [53]).  Mr. Smith failed to appear.  Ms. Blumer appeared along with Jay Walsh, Esquire, who advised that he was not admitted to practice in this District but that Sean Logue, Esquire intended to enter his appearance in this matter.  Mr. Logue appeared shortly after the proceeding commenced and advised that he intended to represent Ms. Blumer in this matter. Mr. Logue requested a continuance of the status conference to afford him time to enter his appearance, get up to speed in this case and attempt to negotiate a resolution with Defendant.  With consent of the Defendant, the Court reset the status conference for Thursday, August 7, 2014 at 2:00 p.m.  The Court ordered that the deadline for Plaintiff's response to the pending motion to dismiss is stayed to be revisited at the continuation of the status conference.  The transcript of today's proceeding was not ordered by the parties or the Court.</u>


cc/ecf:  All counsel of record

cc:      Sean Logue, Esquire (at: sean@loguefirm.com)