**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PEGGY S. BLUMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-1888 |
| | ) | |
| WASHINGTON TROTTING | ) | |
| ASSOCIATION, INC., | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, this 15th day of July, 2014, upon consideration of the entry of appearance by Sean T. Logue, Esquire on behalf of Plaintiff in this matter, and the representations of both Mr. Logue and Plaintiff Ms. Blumer at the Court's Status Conference held on July 1, 2014 (Docket No. [54]) that Joshua Smith, Esquire no longer represented Plaintiff; Mr. Smith's failure to abide by this Court's directives set forth in its May 23, 2014 Order of Court directing him to file a Motion to Withdraw (Docket No. [51]); its two subsequent Show Cause Orders requiring him to demonstrate why he had not filed such Motion to Withdraw (Docket No. [52]) and to appear for the July 1, 2014 Status Conference, (Docket No. [53]), to which he has not responded to date, and it appearing to the Court that Mr. Smith is either unwilling or unable to comply with the Court's Procedures, Orders and the Local Rules of Court, but in any event is no longer representing Ms. Blumer in this matter,

IT IS HEREBY ORDERED that Joshua Smith, Esquire and the Law Firm of Smith LLC are TERMINATED as counsel of record for Plaintiff in this action.

*s/ Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc/ecf:  All counsel of record.

1